UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Wicked Grips LLC,

                Plaintiff,        Case No. 20-cv-12773

v.                                    Judith E. Levy
                                      United States District Judge
Henry Badaan, Cander Trade LLC,
and Big Cat Gear LLC,           Mag. Judge Curtis Ivy, Jr.

                Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [23]
AND DISMISSING CASE WTIHOUT PREJUDICE**

Before the Court is Magistrate Judge Curtis Ivy, Jr.'s Report and Recommendation recommending that the Court GRANT Defendants' motion to dismiss (Dkt. 11). The parties were required to file specific written objections within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and, with the clarifications set forth below, concurs in the reasoning and result.

- At page 5, the citation is to "ECF No. 1, PageID.2 at ¶¶ 3-6" instead of "PageID.2m."

- At page 9, the Westlaw identification number for "*Cap. Confirmation, Inc. v. Auditconfirmations, LLC*" is 2009 WL 2823613.

Accordingly,

The Report and Recommendation (Dkt. 23), with the modifications listed in this order, is ADOPTED;

Defendants' motion to dismiss (Dkt. 11) is GRANTED;

Plaintiff's claims are DISMISSED WITHOUT PREJUDICE;

IT IS SO ORDERED.

Dated: August 24, 2021          s/Judith E. Levy
Ann Arbor, Michigan             JUDITH E. LEVY
                                United States District Judge

I hereby certify on this date a copy of the foregoing document was served upon the parties and/or counsel of record herein by electronic means or first class U.S. Mail.

                          s/ Lisa Bartlett
                          for W. Barkholz, Case Manager